IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OTIS BLAXTON,

    Plaintiff,

v.	CASE NO. 4:07-cv-00243-MP-WCS

MARCUS WILLIAMS, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's complaint, Doc. 1, be dismissed without prejudice. The Magistrate Judge filed the Report and Recommendation on Tuesday, August 28, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

By prior order, Plaintiff was directed either to pay the filing fee, or to request for leave to proceed *in forma pauperis*. Doc. 4. Plaintiff was specifically warned that failure to obey this order would result in his case being dismissed. Because Plaintiff has failed to prosecute this case and failed to comply with the order, the Magistrate recommends that Plaintiff's case be dismissed without prejudice. The Court agrees with the Magistrate. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is DISMISSED without prejudice.

**DONE AND ORDERED** this   *27th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
